IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02430-WYD-CBS

NANCY SKINNER,

    Plaintiff,

v.

CREDITORS FINANCIAL GROUP, LLC, a New York limited liability company,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (filed July 2, 2009).  The Stipulation seeks a dismissal of the case with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) because the case has settled.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

Dated:  July 6, 2009

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE